| | |
|---|---|
| **From:** | Cohen, Kyle (USAFLM) |
| **To:** | Nicole Waid |
| **Cc:** | Sarah Zimmerman |
| **Subject:** | RE: Advanced Pain |
| **Date:** | Thursday, May 31, 2018 2:55:09 PM |

This are new requests on different topics.

No decisions have been made at this investigatory stage as to what the United States will do. I believe what I said was that you would be notified in advanced of the United States filing any complaint.

Kyle S. Cohen
Senior Litigation Counsel
Assistant United States Attorney
Middle District of Florida, Civil Division
2110 First Street,
Suite 3-137
Fort Myers, FL 33901
Phone (239) 461-2200
Email kyle.cohen@usdoj.gov

**From:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Sent:** Thursday, May 31, 2018 2:50 PM
**To:** Cohen, Kyle (USAFLM) <KCohen@usa.doj.gov>
**Cc:** Sarah Zimmerman <sarah.zimmerman@FisherBroyles.com>
**Subject:** RE: Advanced Pain

I will accept service, but is this a CID with new requests? When we spoke a few months ago, you said that you were going to be filing a complaint soon. Has that plan changed?

Nicole Hughes Waid, Esq.
FISHERBROYLES, A LIMITED LIABILITY PARTNERSHIP
Direct: 202.906.9572 | nicole.waid@fisherbroyles.com | fisherbroyles.com
ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS •DALLAS • DETROIT • HOUSTON • LOS ANGELES • NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SEATTLE • WASHINGTON, D.C.

**From:** Cohen, Kyle (USAFLM) [mailto:Kyle.Cohen@usdoj.gov]
**Sent:** Thursday, May 31, 2018 2:47 PM
**To:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Subject:** Advanced Pain

Nicole,

I hope all is well with you. I have a CID for your client Advanced Pain that I will be having Kevin Codol email to you. Please let me know if there is any issue with your accepting service of this CID via email.

Kyle S. Cohen
Senior Litigation Counsel
Assistant United States Attorney
Middle District of Florida, Civil Division
2110 First Street,
Suite 3-137
Fort Myers, FL 33901
Phone (239) 461-2200
Email kyle.cohen@usdoj.gov