

**SafeGuard Services LLC**

July 26, 2018

Kyle S. Cohen
Assistant U.S. Attorney
Middle District of Florida, Civil Division
2110 First Street,
Suite 3-137
Fort Myers, FL 33901

NPI: ▓▓▓▓▓▓
WMM: ▓▓▓▓▓▓
UCM: ▓▓▓▓▓▓

Re: Proactive Data Analysis Initiative – Dr. Jonathan Daitch

Dear Mr. Cohen:

This letter addresses allegations from the above-referenced provider's legal counsel that recent program integrity contractor actions taken on Dr. Jonathan Daitch and his group practice, Advance Pain Management Specialist, located in Ft. Myers, Florida were carried out as part of direction or requests from the U.S. Health and Human Services, Office of Inspector General and/or the respective jurisdictional U.S. Attorney's Office for that area.

This letter represents that there was no direction or requests provided by the U.S. Health and Human Services, Office of Inspector General or any U.S. Attorney's Office to take action against the above provider and his group practice. Actions taken by the Southeast Unified Program Integrity Contractor, SafeGuard Services, LLC were conducted independently based on proactive data analysis identifying aberrations in data that was pulled only from the contractor and not influenced by the aforementioned U.S. Government agencies.

Thank you for your time in this important matter.

Sincerely,

*[signature]*

AJ Uy, Fraud Investigator
SafeGuard Services, LLC – A CMS Southeast Program Integrity Contractor
Medicare Integrity Program

Cc: SA I. Bledsoe, US HHS/OIG/OI

---

*A CMS Southeast Program Integrity Contractor, Medicare Integrity Program*
3450 Lakeside Drive, Suite #201
Telephone: (954) 774-2387   Fax: (954) 252-1109
www.safeguard-servicesllc.com